## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned certifies as follows:

1. I have reviewed the complaint in this matter against Jumei International Holding Limited ("Jumei") and others and authorized the filing thereof.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. My transactions in Jumei securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

5. I have not sought to serve or served as a class representative under the federal securities laws in the last three years, other than as listed below (if any):


6. I will not accept any payment for serving as a representative party beyond the undersigned's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Dated: Apr 17, 2020

*Emal haideri (Apr 17, 2020)*

Emal Haideri

| **Transaction**<br>(Purchase or Sale) | **Trade Date** | **Price per Share** | **Number of Shares** |
|:---:|:---:|:---:|:---:|
| Purchase | 05/29/2015 | $26 | 1100 |
| Purchase | 11/29/2017 | $3.55 | 1000 |