AMY S. PARK (SBN 208204)
amy.park@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:   (650) 470-4570

PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
ZACHARY FAIGEN (SBN 294716)
zack.faigen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Defendant
JUMEI INTERNATIONAL HOLDING LIMITED

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMAL HAIDERI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> JUMEI INTERNATIONAL HOLDING LIMITED, LEO OU CHEN, ZHENQUAN REN, SEAN SHAO, MANG SU, and ADAM J. ZHAO, <br><br> Defendants. | CASE NO.: 3:20-cv-02751-EMC <br><br> Judge: Hon. Edward M. Chen <br> Complaint Filed: April 21, 2020 <br><br> **STIPULATION AND ORDER AS MODIFIED TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff Emal Haideri ("Plaintiff") and Defendant Jumei International Holding Limited ("Jumei") jointly submit this Stipulation to Continue Case Management Conference:

WHEREAS, on April 21, 2020, Plaintiff filed the complaint in the above-captioned action ("Action"), a putative class action arising under the Securities Exchange Act of 1934, including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, against Jumei and Defendants Leo Ou Chen, Zhenquan Ren, Sean Shao, Mang Su and Adam J. Zhao (the "Individual Defendants," and, collectively with Jumei, "Defendants");

WHEREAS, on May 28, 2020, in light of the PSLRA's lead plaintiff process, and in the interests of judicial economy, conservation of time and resources, and orderly management of this Action, the parties filed a joint stipulation (i) to extend the time for Defendants to respond to any pleading in this Action until after (A) the Court appoints a lead plaintiff and approves lead counsel pursuant to the PSLRA, and (B) an amended complaint is filed, and (ii) to establish a briefing schedule with respect to any motion that Defendants may bring pursuant to Federal Rule of Civil Procedure 12 (ECF No. 7);

WHEREAS, on May 29, 2020, the Court granted the parties' stipulation, ordering: (i) that no Defendant is required to respond to the complaint previously filed in this Action; (ii) that the lead plaintiff must designate an operative complaint or file an amended complaint within 45 days from the later of when the Court appoints a lead plaintiff and lead counsel; (iii) that any properly served Defendant must answer, move or otherwise respond to the amended complaint within 45 days of the amended complaint's filing; and (iv) a briefing schedule on any motion to dismiss the amended complaint (ECF No. 11) (the "May 29 Order");

WHEREAS, pursuant to the PSLRA, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss," 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, on July 1, 2020, in light of the PSLRA's mandatory stay of discovery and other proceedings, and because the lead plaintiff process remained ongoing, the parties filed a joint stipulation to continue the Case Management Conference, then set for July 23, 2020, to a date after the Court's ruling on any motion to dismiss the amended complaint, or any other motion to dismiss that may be subsequently filed (ECF No. 21);

WHEREAS, on July 1, 2020, the Court granted in part the parties' stipulation, continuing the

1 Case Management Conference to September 3, 2020 (ECF No. 22) (the "July 1 Order");

2 WHEREAS, pursuant to the July 1 Order, Rule 6 of this Court's Civil Standing Order – General, and Federal Rule of Civil Procedure 26(f)(1), the parties are currently required to (i) meet and confer with respect to their joint case management statement no later than August 13, 2020, and (ii) file their joint case management statement no later than August 27, 2020;

WHEREAS, on July 30, 2020, the Court held a Zoom hearing on the competing motions for appointment as lead plaintiff and approval of lead counsel (the "July 30 hearing");

WHEREAS, on July 30, 2020, the Court ordered lead plaintiff movant the Huang Group to submit no later than August 6, 2020 "supplemental declarations addressing adequacy as stated on the record" at the July 30 hearing, and further ordered that any response to those supplemental filings must be submitted no later than August 13, 2020 (ECF No. 30);

WHEREAS, during the July 30 hearing, the Court stated on the record that, following the submission of any supplemental declarations and responses to those declarations, the Court would take the competing lead plaintiff motions under submission;

WHEREAS, in light of the foregoing, the parties are currently required to meet and confer regarding the joint case management statement before the parties even know who the lead plaintiff is and, thus, who is required to participate in that meet and confer;

WHEREAS, even after the appointment of lead plaintiff and the approval of lead counsel, the lead plaintiff will have 45 days to designate an operative complaint or file an amended complaint (*see* May 29 Order) and, therefore, the parties will be unable to provide even the most basic information required by the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, including the facts and legal issues in dispute;

WHEREAS, even after the lead plaintiff designates an operative complaint or files an amended complaint, the PSLRA mandates that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss," 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, in light of the ongoing lead plaintiff process and the Court-ordered deadlines in the May 29 Order, briefing on any motion to dismiss the operative or amended complaint will not conclude until at least January 27, 2021;

WHEREAS, the parties agree that, in addition to the foregoing, it would also conserve party and judicial resources to continue the Case Management Conference to a date after the Court's ruling on any motion to dismiss the amended complaint, or any other motion to dismiss that may be subsequently filed;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, by and between the undersigned counsel for the undersigned parties, subject to Court approval, as follows:

1. The Case Management Conference currently scheduled for September 3, 2020 at 9:30 a.m. shall be rescheduled as a control date for December 3, 2020 at 9:30 a.m  Joint cmc statement due November 25, 2020.

DATED: August 6, 2020

PETER B. MORRISON
peter.morrison@skadden.com

/s/ Peter B. Morrison
Attorney for Defendant
JUMEI INTERNATIONAL HOLDING LIMITED

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

DATED: August 6, 2020

W. SCOTT HOLLEMAN
holleman@bespc.com

/s/ W. Scott Holleman
Attorney for Plaintiff Emal Haideri

BRAGAR EAGEL & SQUIRE, P.C.
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-7149
Facsimile: (212) 214-0506

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: August 7, 2020

_____
The Honorable Edward M. Chen
United States District Court Judge