UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMAL HAIDERI,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JUMEI INTERNATIONAL HOLDING LIMITED, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02751-EMC<br><br>**ORDER RE DISMISSAL** |

　　　　On September 14, 2021, the Court granted Defendant's motion to dismiss but with leave to amend. Plaintiff never filed an amended complaint. Accordingly, the Court now dismisses this case with prejudice. The Clerk of the Court is instructed to close the file in this case and enter a final judgment.

　　　　**IT IS SO ORDERED**.

Dated: September 1, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge