UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMAL HAIDERI, | Case No. 20-cv-02751-EMC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JUMEI INTERNATIONAL HOLDING LIMITED, et al., | |
| Defendants. | |

On September 1, 2023, the Court issued its Order re Dismissal. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: September 26, 2023

_____
EDWARD M. CHEN
United States District Judge